ACCEPTED
03-15-00628-CR
8215845
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 10:11:13 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00628-CR

## IN THE COURT OF APPEALS

### THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/14/2015 10:11:13 AM
JEFFREY D. KYLE
Clerk

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CAUSE NO. 74,201

## IN THE 426TH JUDICIAL DISTRICT COURT OF

## BELL COUNTY, TEXAS

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**EDWRICK QUENTRIA BASS**            **APPELLANT**

## VS.

**THE STATE OF TEXAS**            **APPELLEE**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>APPELLANT'S MOTION FOR EXTENSION</u>

## <u>OF TIME TO FILE BRIEF</u>

COMES NOW Appellant, EDWRICK QUENTRIA BASS, by and through his attorney of record, James H. Kreimeyer, and respectfully moves the Court to extend the time for filing the Appellant's Brief in this cause, and in support hereof would show the Court as follows:

## I.

On August 4, 2015, Appellant entered a plea of not

guilty, to the offense of assault on a family member/dating relationship with prior misdemeanor convictions for assault causing bodily injury against a family member; and a jury found him guilty. The punishment assessed by the court was eleven years in the Texas Department of Criminal Justice, Institutional Division imposed on September 15, 2015. A notice of appeal was filed by appellant on October 7, 2015.

**II.**

Appellant's Brief is due for filing with the Court of Appeals on December 14, 2015.

**III.**

Appellant's attorney would respectfully request an extension of time to file Appellant's brief. Counsel for appellant has just completed the appellate brief in Karl Lee Wiggins v. State, No. 03-15-00385-CR. The appellate record in this appellant's appeal is nine (9) volumes. Counsel needs additional time to read the record and prepare the appellate brief.

This Motion for Extension of Time is not filed for

the purpose of delay, but so that the ends of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Appellant requests the Court to grant a forty five (45) day extension of time to file the brief herein until January 28, 2016.

Respectfully submitted,

/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT
P.O. BOX 727
BELTON, TEXAS 76513
(254) 939-9393
(254) 939-2870 FAX
T.S.B. #11722000
jkreime@vvm.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Brief was delivered to Henry Garza, District Attorney, Bell County Courthouse, Belton, Texas 76513, on the 14th day of December 2015.

/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT